In The United States District Court
For The Middle District of Pennsylvania

James Dukes,                : NO. 1:20-CV-0315
   Plaintiff,                : Chief Judge Brann
       v.                    :
Lt. Mohl, et al.,            : Notification To
   Defendants.               : The Court

FILED
WILLIAMSPORT
JUL 08 2022
PER ___
DEPUTY CLERK

I am writing to you because on May 25, 2022 it was hereby ordered that defendants motion (Doc 90) for Partial Summary Judgment pursuant to Federal Rule of Civil Procedure 56 is granted in part and denied in part.

The entry of judgment is being deferred pending resolution of Dukes remaining Eighth Amendment claims.

I have been communicating with the defendants attorney since discovery stages to try to reach a settlement in this matter.

I have also reached out to defendants attorney by mail and telephone after the order was given in partial

Summary Judgment and I have not heard anything back. It has been 45 days since this Court Order was given and the defendants have not made any attempts in resolving this matter.

I ask that this Court please intervene in this matter and issue a order for defendants to resolve this matter in a appropriate time.

Thank you for your time and consideration in this matter.

Sincerely,
[signature]

## Certificate of Service

I, James Dukes hereby certify that on July 6, 2022, I caused to be served a true and correct copy of the foregoing document titled Notification to the Court.

Office of the Clerk
United States District Court
Middle District of Pennsylvania
U.S Courthouse, Suite 218
240 West Third Street
Williamsport, PA 17701-6460

Office of Attorney General
Civil Litigation Section
1060 Madison Ave Suite 310
Norristown, PA 19403
Nicole R. DiTomo

**Smart Communications/PADOC**

SCI-Fayette

Name JAMES Dykes

Number HX9376

PO Box 33028

St Petersburg FL 33733

Inmate Mail
PA Department of Corrections

Office of the Clerk
United States District Court
U.S. Courthouse, Suite 218
240 W. Third Street
Williamsport, PA 17701-6460

RECEIVED
WILLIAMSPORT
JUL 08 2022
PER _____ DEPUTY CLERK

US POSTAGE PITNEY BOWES
ZIP 15450 $ 000.53⁰
02 4W
0000354482 JUL. 06. 2022