

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF Attorney General

JOSH SHAPIRO
ATTORNEY GENERAL

October 5, 2022

Civil Litigation Section
1000 Madison Avenue, Suite 310
Norristown, Pennsylvania 19403
Telephone:  610.631.6205
Email: nditomo@attorneygeneral.gov

Honorable Matthew Brann
United States District Court
Middle District of Pennsylvania
240 W. Third Street, Suite 218
Williamsport, PA 17701

    Re:    *James Dukes v. Lt. Mohl, et al.*, Case No. 1:20-CV-0315
            Request for Mediation

Dear Chief Judge Brann:

    I write on behalf of Defendants and after speaking with the Plaintiff, James Dukes, we are requesting a referral to the Prison Litigation Settlement Program.

                                                                Sincerely,

                                                               */s/ Nicole R. DiTomo*

                                                                Nicole R. DiTomo
                                                                Senior Deputy Attorney General

CC:    Smart Communications/PADOC
           James Dukes, HX-6976
           SCI-Fayette
           P.O. Box 33028
           St. Petersburg, Florida 33733