

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF Attorney General

MICHELLE A. HENRY
ATTORNEY GENERAL

May 22, 2023

Civil Litigation Section
1000 Madison Avenue, Suite 310
Norristown, Pennsylvania 19403
Telephone: 610.631.6205
Email: nditomo@attorneygeneral.gov

Honorable Matthew Brann
United States District Court
Middle District of Pennsylvania
240 W. Third Street, Suite 218
Williamsport, PA 17701

    Re:    *James Dukes v. Lt. Mohl, et al.*, Case No. 1:20-CV-0315

Dear Chief Judge Brann:

    I write on behalf of Defendants and after speaking with the Plaintiff, James Dukes, we have come to an agreement to settle the above-captioned matter. Once all of the terms of the agreement are completed, the parties shall file a stipulation of dismissal as required. Thank you for your time with this matter.

    Sincerely,

    */s/ Nicole R. DiTomo*

    Nicole R. DiTomo
    Senior Deputy Attorney General

CC:    Smart Communications/PADOC
        James Dukes, HX-6976
        SCI-Pine Grove
        P.O. Box 33028
        St. Petersburg, Florida 33733